IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



UNITED STATES OF AMERICA

v.

DANNY R. ASHLEY

Case No. 2:24mj106
Court Date: June 26, 2024

## CRIMINAL INFORMATION

### COUNT ONE
Misdemeanor)-Violation No. 09976582

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 25, 2004, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, DANNY R. ASHLEY, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

### COUNT TWO
(Misdemeanor)-Violation No. E1824628

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 25, 2004, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, DANNY R. ASHLEY, did willfully and unlawfully injure or commit a depredation against property belonging to a department or agency of the United States, resulting in damages less than $1,000.

(In violation of Title 18, United States Code, Section 1361.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: *[signature]*

Alan M. Sides
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Alan.Sides@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*[signature]*

Alan M. Sides
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Alan.Sides@usdoj.gov

13 JUN 2024
Date